Location No. 8655

# AMENDMENT TO LICENSE AGREEMENT
# TO
# EXTEND EXPIRATION DATE

This Amendment to License Agreement to Extend Expiration Date is made as of the 23rd day of August, 2021 (the "*Amendment*"), by and between Luxottica of America Inc., f/k/a Luxottica Retail North America Inc., licensor of Pearle Vision ("*Licensor*") and Brave Optical, Inc. ("*Licensed Owner*") (collectively the "*Parties*").

**WHEREAS**, in May of 2013, Licensor changed the terminology associated with its franchise system, and the terminology changes shall be reflected in this Amendment as follows: (i) "Franchisor" shall hereinafter be referred to as "Licensor"; (ii) "Franchisee" shall hereinafter be referred to as "Licensed Owner"; (iii) "Franchise Agreement" shall hereinafter be referred to as "License Agreement"; and (iv) "Store" shall hereinafter be referred to as the "EyeCare Center"; and

**WHEREAS**, the Licensor and Licensed Owner's predecessor in interest, Gutman Vision, Inc., entered into a License Agreement dated November 23, 2011 (the "*License Agreement*") to franchise a Pearle Vision EyeCare Center located at Preston Park Shopping Center, 1713 Preston Road, Suite A, Plano, Texas 75093 (the "*Location*"); and

**WHEREAS**, Licensed Owner acquired the EyeCare Center by assignment of the License Agreement from Gutman Vision, Inc., based upon the terms and conditions of an Asset Purchase Agreement, (the "Assignment"); and,

**WHEREAS**, during the term of the License Agreement, Licensor and Licensed Owner have entered other agreements in effect in connection with the EyeCare Center being conducted at the Location (the "*Ancillary Agreements*").

**WHEREAS**, Licensed Owner commenced cause no. DC-17-07929 styled *Gray, et. al. v. Gutman Vision, Inc., et. al.*, in the 101st District Court of Dallas County, Texas (the "Lawsuit") contending, *inter alia*, that Licensed Owner was fraudulently induced into the Asset Purchase Agreement and appurtenant documents and agreements, including but not limited to the Assignment; and,

**WHEREAS,** Licensor is a party defendant in the Lawsuit; and,

**WHEREAS,** the License Agreement is scheduled to expire by its terms on November 22, 2021.

**WHEREAS**, Licensor and Licensed Owner desire to maintain the present *status quo* during this interim period, and in doing so, agree to extend the expiration date of the License Agreement.

**NOW THEREFORE**, pursuant to Section 21.5 of the License Agreement, the Parties to this Amendment wish to amend the License Agreement as set forth below:

1. The respective terms of the License Agreement and the Ancillary Agreements will, if such agreements sooner expire or terminate, be extended until the earlier of (a) **February 28, 2022,** (b) the execution of a new License Agreement or (c) the final resolution of the Lawsuit.

2. The purpose of this Amendment is to maintain the present *status quo* between the Parties and for no other purpose.

Location No. 8655

**[SIGNATURE PAGE FOLLOWS]**

Location No. 8655

The Parties have executed this Amendment as of the date set forth above, but effective for all purposes as of November 22, 2021.

**LICENSED OWNER:**

Brave Optical, Inc.

By: _____
Jeffrey Gray

Title: President

Date: 8/23/21

By: _____
Dawn Gray

Title: Vice-President

Date: 8/23/21

**LICENSOR:**

Luxottica of America Inc.

By: _____
David L Reuter jr.

Title: Vice President - Franchise Stores

Date: August 31, 2021